IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CINSEREE JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOLUTIONS FOR PROGRESS, INC. | : | NO. 12-1915 |
| OHIO ASSOCIATION OF SECOND | : | |
| HARVEST FOOD BANKS | : | |

O R D E R

AND NOW, this 8 day of May, 2012, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Document No. 3) and her *pro se* complaint, IT IS ORDERED that:

 1. Leave to proceed *in forma pauperis* is GRANTED.

 2. Plaintiff's complaint is DISMISSED without prejudice for the reasons stated in the Court's accompanying Memorandum. Plaintiff may file an amended complaint within thirty (30) days of the date of this Order. If she does not do so, this case will be dismissed with prejudice. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

 3. This case shall be marked CLOSED for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.